# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LENARD, JOAN A. | DISTRICT COURT, SOUTHERN DISTRICT OF FL | 04/18/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - ACTIVE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

400 NORTH MIAMI AVENUE
SUITE 12-1
MIAMI, FLORIDA 33128

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1996 | STATE OF FLORIDA RETIREMENT PLAN (VESTED) |
| 2. 1996 | STATE OF FLORIDA DEFERRED COMPENSATION ACCOUNT |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 04/18/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | CITY OF NORTH MIAMI BEACH DEFINED BENEFIT PLAN |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 04/18/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | COCONUT GROVE BANK | WAREHOUSE PROPERTIES | P1 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 04/18/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WELLS FARGO BANK#1 | A | Interest | L | T | | | | | |
| 2. WELLS FARGO BANK #2 | A | Interest | L | T | | | | | |
| 3. WELLS FARGO BANK #3 | A | Interest | L | T | | | | | |
| 4. WELLS FARGO BANK #4 | C | Interest | M | T | | | | | |
| 5. BBT BANK #1 | A | Interest | J | T | | | | | |
| 6. BBT BANK #2 | A | Interest | J | T | | | | | |
| 7. CENTER STATE BANK(FORMERLY FIRST SOUTH. BANK) (X) | B | Interest | M | T | | | | | NAME CHANGE |
| 8. 1ST BANK | C | Interest | O | T | | | | | |
| 9. MERCANTIL COMMERCEBANK | C | Interest | O | T | | | | | |
| 10. AMERICAN EXPRESS BANK,FSB | A | Interest | M | T | | | | | |
| 11. CAPITAL ONE | B | Interest | M | T | | | | | |
| 12. CITY NATIONAL BANK | A | Interest | J | T | | | | | |
| 13. VANGUARDPRIME MONEY MARKET FUND | A | Dividend | M | T | | | | | |
| 14. VANGUARD TAX-EXEMPT MONEY MARKET FUND | B | Dividend | N | T | | | | | |
| 15. VANGUARD FLORIDA INSURED LONG TERM TAX-EXMPT FUND | C | Dividend | M | T | | | | | |
| 16. VANGUARD HIGH YIELD TAX-EXEMPT FUND | C | Dividend | M | T | | | | | |
| 17. NORTHEAST INV. TRUST | D | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 04/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. COCONUT GROVE BANK(X) | B | Interest | N | T | | | | | |
| 19. | | | | | | | | | |
| 20. STOCKS/SECURITIES | | | | | | | | | |
| 21. DETROIT EDISON-COMMON | C | Dividend | M | T | | | | | |
| 22. NI SOURCE-COMMON | B | Dividend | L | T | | | | | |
| 23. GYRODYNE CO'S.-COMMON | A | Dividend | J | T | | | | | |
| 24. AT&T-COMMON | B | Dividend | K | T | | | | | |
| 25. LSI LOGIC CORP.-COMMON | | None | | | Sold | 05/06/14 | J | A | AVAGO TECHNOLOGIES CO. |
| 26. AT&T- COMMON | C | Dividend | M | T | | | | | |
| 27. BOEING-COMMON | D | Dividend | N | T | | | | | |
| 28. CMS ENERGY-COMMON | B | Dividend | K | T | | | | | |
| 29. CONS. EDISON-COMMON | A | Dividend | J | T | | | | | |
| 30. BANK OF AMERICA-COMMON | A | Dividend | J | T | | | | | |
| 31. CHEMTURA CORP.-COMMON | | None | J | T | | | | | |
| 32. DYNEGY ENERGY-COMM | | None | J | T | | | | | |
| 33. DUFF & PHELEPS-COMMON | A | Dividend | J | T | | | | | |
| 34. NEXTERA ENERGY-COMMON | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 04/18/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  INTEL CORP.-COMMON | A | Dividend | K | T | | | | | |
| 36.  ALCATEL LUCENT-COMMON | | None | J | T | | | | | |
| 37.  NOKIA CORP.-COMMON | | None | J | T | | | | | |
| 38.  DREYFUS MUNICIPAL INCOME-COMMON | A | Dividend | J | T | | | | | |
| 39.  WESTERN ASSET MANAGED MUNICIPALS FUND,INC.-COMMON(X) | A | Dividend | J | T | | | | | |
| 40.  MERCK-COMMON | A | Dividend | K | T | | | | | |
| 41.  VODAPHONE-COMMON | A | Dividend | K | T | | | | | |
| 42.  VERIZON COMM.-COMMON | B | Dividend | K | T | | | | | |
| 43.  ENTERGY CORP.-COMMON | A | Dividend | J | T | | | | | |
| 44.  CENTURYLINK,INC. | A | Dividend | J | T | | | | | |
| 45.  AT&T-COMMON | B | Dividend | L | T | | | | | |
| 46.  CISCO-COMMON | B | Dividend | M | T | | | | | |
| 47.  ORACLE-COMMON | B | Dividend | M | T | | | | | |
| 48.  BBX CAPITAL CORP-COMMON | | None | J | T | | | | | |
| 49.  BLACKROCK FL MUNICIPAL FUND | B | Interest | K | T | | | | | |
| 50.  SPANISH BROADCASTING SYSTEM-COMMON | | None | J | T | | | | | |
| 51.  COMCAST CORP.-COMMON | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 04/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BFC FINANCIAL CORP.-COMMON | | None | J | T | | | | | |
| 53. EATON VANCE MUNICIPAL MUTUAL FUND | A | Dividend | J | T | | | | | |
| 54. | | | | | | | | | |
| 55. INVESTMENT PROJECTS | | | | | | | | | |
| 56. PIER ONE IMPT/OCALA,FL | D | Rent | L | U | | | | | |
| 57. COMM'L DEVLP/LEHMN,NORTH MIAMI BEACH,FL | E | Rent | N | U | | | | | |
| 58. NMB CMMRC CTR.LLC,NORTH MIAMI BEACH,FL | G | Rent | P1 | U | | | | | |
| 59. SELECT FUNDING ASSOC.,FL | A | Interest | J | T | | | | | |
| 60. SELECT ATTLEB.,OCALA,FL | A | Rent | | | Sold | 04/30/14 | P1 | G | CLARUS PLAZA LLC |
| 61. | | | | | | | | | |
| 62. RETIREMENT ACCOUNTS | | | | | | | | | |
| 63. OPPENHEIMER FUNDS:M/MF # 1 | B | Interest | K | T | | | | | |
| 64. OPPENHEIMER FUNDS:GNMA # 2 | C | Dividend | L | T | | | | | |
| 65. WELLS FARGO FUND/EQUITY | | None | K | T | | | | | |
| 66. WELLS FARGO FUND/VALUE | | None | J | T | | | | | |
| 67. FEDERATED KAUFMANN FUND | | None | K | T | | | | | |
| 68. FIDELITY (IRA) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 04/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. LADENBURG THALMANN FINANCIAL SERVICES,INC. | | None | J | T | | | | | |
| 70. OPKO HEALTH,INC. | | None | J | T | | | | | |
| 71. GENERAL ELECTRIC-COMMON | A | Dividend | K | T | | | | | |
| 72. WINDSTREAM CORP.-COMMON | A | Dividend | J | T | | | | | |
| 73. REGENCY ENERGY PARTNERS(FORMERLY PVR PARTNERS LP) -COMMON | A | Dividend | J | T | | | | | NAME CHANGE |
| 74. CONOCO PHILLIPS-COMMON | A | Dividend | J | T | | | | | |
| 75. PHILLIPS 66-COMMON | A | Dividend | J | T | | | | | |
| 76. DOMINION RESOURCES BLACK WARRIOR TRUST-COMMON(X) | A | Dividend | J | T | | | | | |
| 77. FL-DEF. BEN.PNSN.(VESTED) | | None | M | W | | | | | |
| 78. FL-DEFFERR.COMP.PLN | A | Interest | M | T | | | | | |
| 79. ICMA-457 DEF.COMP. | D | Interest | N | T | | | | | |
| 80. FIDELITY ANNUITY | | None | N | T | | | | | |
| 81. OPPENHEIMER FDS:M/MF #1 | B | Interest | K | T | | | | | |
| 82. OPPENHEIMER FDS:GMMA #2 | B | Dividend | K | T | | | | | |
| 83. FIDELITY CASH RES. | A | Interest | J | T | | | | | |
| 84. CHEMTURA-COMMON | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 04/18/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. ENTERGY CORP.-COMMON | A | Dividend | J | T | | | | | |
| 86. ALCATEL LUCENT-COMMON | | None | J | T | | | | | |
| 87. EDISON INT.-COMMON | A | Dividend | J | T | | | | | |
| 88. UNS ENERGY CORP-COMMON | A | Dividend | | | Sold | 08/20/14 | J | A | FORTIS, INC. |
| 89. CISCO-COMMON | A | Dividend | J | T | | | | | |
| 90. HEWLETT-PACKARD- COMMON | A | Dividend | J | T | | | | | |
| 91. GENERAL ELECTRIC-COMMON | A | Dividend | J | T | | | | | |
| 92. | | | | | | | | | |
| 93. OTHER ACCOUNTS | | | | | | | | | |
| 94. CON.EDISON-COMMON | C | Dividend | M | T | | | | | |
| 95. WENDY'S ARBY GROUP,INC. | A | Dividend | J | T | | | | | |
| 96. RESTAURANT BRANDS INTL. (FORMERLY KNOWN AS TIM HORTONS) | | None | J | T | | | | | NAME CHANGE |
| 97. U.S.SAVINGS BONDS | B | Interest | K | T | | | | | |
| 98. ISRAEL SAVINGS BONDS | A | Interest | K | W | | | | | |
| 99. CHEMTURA CORP.-COMMON | | None | J | T | | | | | |
| 100. COCACOLA ENT.-COMMON | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 04/18/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101.  BBX CAPITAL CORP.-COMMON | | None | J | T | | | | | |
| 102.  VIACOM-COMMON | A | Dividend | K | T | | | | | |
| 103.  CBS-COMMON | A | Dividend | J | T | | | | | |
| 104.  OUTFRONT MEDIA INC.(X)(SPINOFF FROM CBS) | | None | J | T | Spinoff (from line 103) | 11/20/14 | J | | |
| 105.  DELL INC.-COMMON | | None | | | Sold | 01/06/14 | J | B | |
| 106.  SEMPRA ENERGY-COMMON | A | Dividend | J | T | | | | | |
| 107.  DISNEY CORP.-COMMON | A | Dividend | J | T | | | | | |
| 108.  BP AMOCO -COMMON | A | Dividend | J | T | | | | | |
| 109.  FRONTIER COMM.-COMMON | A | Dividend | J | T | | | | | |
| 110.  DAIMLER AG-COMMON | A | Dividend | J | T | | | | | |
| 111.  EXELON CORP.-COMMON | A | Dividend | J | T | | | | | |
| 112.  NORTHEAST UTILITIES-COMMON | A | Dividend | J | T | | | | | |
| 113.  PG & E CORP.-COMMON | B | Dividend | L | T | | | | | |
| 114.  CISCO -COMMON | A | Dividend | K | T | | | | | |
| 115.  COMCAST-COMMON | A | Dividend | J | T | | | | | |
| 116.  PFIZER-COMMON | A | Dividend | J | T | | | | | |
| 117.  CITIGROUP-COMMON | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 04/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. ENERPLUS RESOURCE FUND | A | Dividend | | | Sold | 05/30/14 | J | A | |
| 119. BCE,INC.-COMMON | A | Dividend | J | T | | | | | |
| 120. WASTE MANAGEMENT-COMMON | A | Dividend | J | T | | | | | |
| 121. DUKE ENERGY-COMMON | A | Dividend | J | T | | | | | |
| 122. ENTERPRISE PRODUCTS PARTNERS-COMMON | A | Dividend | J | T | | | | | |
| 123. CENTERPOINT ENERGY-COMMON | A | Dividend | J | T | | | | | |
| 124. GLAXOSMITHKLINE -COMMON | A | Dividend | J | T | | | | | |
| 125. NCR CORP-COMMON | A | Dividend | K | T | | | | | |
| 126. TERADATA CORP.-COMMON | A | Dividend | J | T | | | | | |
| 127. MICROSOFT CORP.-COMMON | A | Dividend | J | T | | | | | |
| 128. NUVEEN ADVANTAGE MUNICIPAL FUND | A | Dividend | J | T | | | | | |
| 129. CELLCOM ISRAEL LTD.-COMMON | | None | J | T | | | | | |
| 130. REGENCY ENERGY PARTNERS(FORMERLY PV PARTNERS) LP-COMMON | A | Dividend | J | T | | | | | NAME CHANGE |
| 131. TEEKAY TANKERS,INC.-COMMON | A | Dividend | J | T | | | | | |
| 132. NEW YORK COMMUNITY BANK CORP.-COMMON | A | Dividend | J | T | | | | | |
| 133. VALERO ENERGY CORP.-COMMON | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 04/18/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 134. BERKSHIRE HATHAWAY /B-COMMON | | None | J | T | | | | | |
| 135. ANNALY CAPITAL MANAGEMENT, INC.-COMMMON(X) | A | Dividend | J | T | | | | | |
| 136. FREEPORT McMORAN COOPER&GOLD,INC-COMMON(X) | A | Dividend | J | T | | | | | |
| 137. ARCOS DORADOS HOLDINGS,INC-COMMON | A | Dividend | J | T | | | | | |
| 138. PROCTOR&GAMBLE CORP.-COMMON | A | Dividend | J | T | | | | | |
| 139. CHESAPEAKE ENERGY CORP.-COMMON | A | Dividend | J | T | | | | | |
| 140. SEVENTY SEVEN ENERGY(X) | | None | J | T | Spinoff (from line 139) | 07/01/14 | J | | |
| 141. KRAFT FOOD GROUP,INC.-COMMON | A | Dividend | J | T | | | | | |
| 142. MONDELEZ INTL.,INC.-COMMON | A | Dividend | J | T | | | | | |
| 143. FIRST ENERGY CORP-COMMON | A | Dividend | J | T | | | | | |
| 144. ZOETLS,INC.-COMMON | A | Dividend | J | T | | | | | |
| 145. COLGATE-PALMOLIVE CO.-COMMON | A | Dividend | K | T | | | | | |
| 146. COSTCO WHOLESALE CORP.(X)-COMMON | | None | K | T | Buy | 03/11/14 | K | | |
| 147. COSTCO WHOLESALE CORP.-COMMON | | None | | | Sold | 04/09/14 | K | A | |
| 148. MASTERCARD INC.(X)-COMMON | A | Dividend | K | T | Buy | 02/03/14 | K | | |
| 149. CLIFFS NATURAL RESOURCES(X)-COMMON INC.(X)-COMMON | | None | J | T | Buy | 03/07/14 | J | | |
| 150. VANGUARD NATURAL RESOURCES,LLC(X)-COMMON | A | Dividend | J | T | Buy | 09/22/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 04/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 151. NEXTERA ENERGY PARTNERS(X)-COMMON | A | Dividend | J | T | Buy | 10/10/14 | J | | |
| 152. WALGREENS BOOTS ALLIANCE INC. (X)-COMMON | A | Dividend | J | T | Buy | 10/15/14 | J | | |
| 153. CHEVRON CORP.(X)-COMMON | A | Dividend | J | T | Buy | 12/10/14 | J | | |
| 154. ROYAL DUTCH SHELL PLC.(X)-COMMON | A | Dividend | J | T | Buy | 12/10/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 04/18/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JOAN A. LENARD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544